UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE SAGRERO GALLARDO, <br> a/k/a Eduardo Gonzales Vasquez, <br> MANUEL PEREZ PEREZ, <br> a/k/a Hugo Giovanni Gomez Vasquez, <br> GUADALUPE PEREZ MOLINA, and <br> MOISES GALLARDO BARRAGAN, <br><br> Defendants. | CASE NO. CR05-5748RBL <br><br> ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTION DATE |

THIS MATTER came before the Court upon the motion of Defendant Jose Sagrero Gallardo, through his attorney, Ronald Ness, defendant Manuel Perez Perez, through his attorney, Charles Johnston, defendant Guadalupe Perez Molina, through his attorney, Karen Unger, defendant Moises Gallardo Barragan, through his attorney, Roger Hunko, and the United States of America, by and through John McKay, United States Attorney for the Western District of Washington, and Douglas B. Whalley and Matthew H. Thomas, Assistant United States Attorneys for said District requesting a continuance of the trial date. Having considered all the files and records herein,

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(i) that failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of

Order/U.S. v. Sagrero Gallardo, et al. -1
CR05-5748RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

justice.

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv), that failure to grant the continuance in this case, which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny counsel for the defendants the reasonable time necessary for effective preparation, due to counsels' need for more time to review the evidence and consider possible defenses, taking into account the exercise of due diligence;

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7), that this is a reasonable period of delay in that the defendants are joined for trial and no previous motion for continuance has been granted, and all defendants have requested more time to prepare for trial, and defendants have indicated that they will file waivers of speedy trial in support of this motion.

THIS COURT FINDS, therefore, that pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice will best be served by a continuance, and that they outweigh the best interests of the public and the defendants in a speedy trial.

THIS COURT FURTHER FINDS that all of the additional time requested between the original trial date of December 12, 2005 and the new trial date of  February 27, 2006  is necessary to provide counsel for the defendants the reasonable time necessary to prepare for trial.

**Counsel is directed to file executed speedy trial waivers (through March 17, 2006) not later than December 7, 2005**

//////////

//////////

//////////

Order/U.S. v. Sagrero Gallardo, et al. -2
CR05-5748RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be continued until **FEBRUARY 27, 2006 at 9:00 a.m.**, with a pretrial conference on **February 16, 2006 at 9:00 a.m.**, and that the date within which the pretrial motions are due is continued to January 16, 2006. A Motion Hearing, if needed, shall be scheduled for **February 9, 2006 at 9:00 a.m.**

The time between December 12, 2005 and February 27, 2006 is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, <u>et. seq</u>.

IT IS SO ORDERED this 29th day of November, 2005.

　　　　　　　　　　　　　　　　　／s／ Ronald B. Leighton
　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:

s/ Douglas B. Whalley
DOUGLAS B. WHALLEY
Assistant United States Attorney


s/ Matthew H. Thomas
MATTHEW H. THOMAS
Assistant United States Attorney


s/ Ronald D. Ness
RONALD D. NESS
Attorney for Jose Sagrero Gallardo


s/ Charles Johnston
CHARLES JOHNSTON
Attorney for Manuel Perez Perez


s/Karen Unger
KAREN UNGER
Attorney for Guadalupe Perez Molina

Order/U.S. v. Sagrero Gallardo, et al. -3
CR05-5748RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

s/Roger Hunko
ROGER HUNKO
Attorney for Moises Gallardo Barragan

*Telephonic Approval

Order/U.S. v. Sagrero Gallardo, et al. -4
CR05-5748RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800