UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>GUADALUPE PEREZ MOLINA,<br>MOISES GALLARDO BARRAGAN,<br>MANUEL PEREZ PEREZ<br>　　　　　　　Defendants. | CASE NO.CR05-5748RBL<br><br>ORDER GRANTING MOTION TO<br>CONTINUE TRIAL DATE |

THIS MATTER COMES before the Court on an Oral Motion to Continue Trial. This motion is jointly requested by the defendants and the government has no objection .

The Defendants' Motion to Continue Trial Date is **GRANTED.** The defendants have executed speedy trial waivers which are filed with the court.

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A).

MINUTE ORDER -1

The **Jury Trial** is **CONTINUED** to **MAY 22, 2005 at 9:00.**

The **Pretrial conference** is scheduled for **MAY 4, 2006 at 9:00 a.m.**

**Motions** cutoff is established as **APRIL 3, 2006**.

      IT IS SO ORDERED this 16th day of February, 2006.

                                                /s/ Ronald B. Leighton
                                                RONALD B. LEIGHTON
                                                UNITED STATES DISTRICT JUDGE

MINUTE ORDER -2