UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO.CR05-5748RBL |
| v. | ORDER GRANTING CONTINUANCE OF TRIAL DATE |
| MANUEL PEZEZ PEREZ, | |
| Defendant. | |

Defendant Perez Perez moves to continue the trial date. The Government does not object to the requested continuance. Co-Defendant Moises Gallardo Barragan is scheduled for a change of plea before the Magistrate Judge. Counsel for Gallardo-Barragon has advised the clerk that if the plea does not go forward they intend to join in the Motion to Continue. For these reasons, and the reasons stated in the Declaration of Counsel, the motion is GRANTED and the Trial Date is **CONTINUED to November 6, 2006.**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **JULY 3, 2006 to NOVEMBER 6, 2006** is excluded for

ORDER -1

speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ACCORDINGLY:

The Jury Trial is **CONTINUED** to Monday, **NOVEMBER 6, 2006 at 9:00 a.m.**

No Pretrial Conference is scheduled at this time.

The Motions Cutoff date is extended to **SEPTEMBER 18, 2006.**

IT IS SO ORDERED this 29th day of June, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER -2

ORDER -2